BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Bank of America California Unemployment Benefits Litigation | MDL No. 2992 |

### BANK OF AMERICA'S NOTICE OF SUPPLEMENTAL INFORMATION

Defendant Bank of America, N.A. respectfully submits this Notice to advise the Panel of recent developments in *Zoelle et al. v. Bank of America, N.A*, Case No. 2:21-cv-00518, USDC, Central District of California.  On May 5, 2021, Plaintiffs filed a First Amended Class Action Complaint, in which Employment Development Department for the State of California ("EDD") was added as a defendant.  *See* Exhibit A attached hereto.

Dated: May 13, 2021

Respectfully submitted,

/s/ Thomas M. Hefferon
Thomas M. Hefferon, Esq.
Goodwin Procter LLP
1900 N. Street, N.W.
Washington, DC 20036
(202) 346-4029
thefferon@goodwinlaw.com

**Counsel for Defendant in All Actions**
**Bank of America, N.A.**

1